IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

     v.

ANTONIO C. ALLEN,
                                  Civil Case No. 13-cv-880-DRH
Defendant.                     Crim. Case No. 10-cr-30178-DRH

## MEMORANDUM & ORDER

**HERNDON, Chief Judge:**

This matter is before the Court on petitioner Antonio C. Allen's motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255 (Doc. 1). Following Allen's guilty plea, on October 19, 2012, the Court sentenced Allen to 60 months as to Count 1 of the indictment, possession with intent to distribute marijuana, and 63 months as to Count 2, user of a controlled substance in possession of a firearm, said terms to run concurrently (Doc. 55). On December 10, 2012, Allen filed his notice of appeal (Doc. 58). Thereafter, on March 20, 2013, the Seventh Circuit dismissed Allen's appeal as untimely (Doc. 64). Allen now seeks to collaterally attack his sentence, raising what he characterizes as "ineffective assistance of counsel claims (A-F), as well as, constitutional violations."

Without commenting on the merits of Allen's claims, pursuant to Rule 4 of the RULES GOVERNING SECTION 2255 PROCEEDINGS, the Court **ORDERS** the government to file a response to Allen's motion on or before **September 27,**

**2013**. The government shall, as part of its response, attach all relevant portions of the record.

**IT IS SO ORDERED.**

Signed this 27th day of August, 2013.

David R. Herndon
2013.08.27
17:23:30 -05'00'

**Chief Judge**
**United States District Court**