IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANTONIO C. ALLEN,

    Petitioner,

-vs-

UNITED STATES OF AMERICA,

    Respondent.                                No. 13-cv-880-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on January 11, 2016 (Doc. 7), Petitioner's claims are **DISMISSED** with prejudice. Further, the Court declines to issue a certificate of appealability.

                                        JUSTINE FLANAGAN,
                                        ACTING CLERK OF COURT


                                        BY:   s/*Caitlin Fischer*
                                                 **Deputy Clerk**

Dated: January 13, 2016

                              Digitally signed by Judge David R. Herndon
                              Date: 2016.01.13 09:19:23 -06'00'

APPROVED:
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT